IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00730-WYD-CBS

DARRYL BOYKIN,

    Plaintiff,

v.

VITAL RECOVERY SERVICES, INC., a Georgia corporation; and
LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed May 14, 2010). The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties. After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney's fees and costs.

Dated: May 14, 2010

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        WILEY Y. DANIEL,
                        CHIEF UNITED STATES DISTRICT JUDGE